247 So.2d 392

### The NATIONAL BANK OF COMMERCE IN NEW ORLEANS

v.

### SOUTHERN LAND TITLE CORPORATION.

#### No. 51304.

May 12, 1971.

In re: Leonard Reese Spangenberg, Jr. applying for certiorari, or writ of review,

to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 244 So.2d 685.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

SUMMERS, J., is of the opinion the writ should be granted.

TATE, J., notes that the result is correct under La.R.S. 9:4801(C) and for the reasons assigned by the concurring opinion.